IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-20097
Summary Calendar
_____

RUDY M. GROOM,

Plaintiff-Appellant,

versus

KENTON R. FICKES, JR., ET AL.,

Defendants,

KENTON R. FICKES, JR.; THOMAS E. ARTRU,

Defendants-Appellees.

_____

Appeal from the United States District Court for the
Southern District of Texas
USDC No. H-96-CV-1736

_____
September 17, 1997
Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

Rudy M. Groom appeals from the district court's dismissal of his civil rights complaint. He argues that the district court erred by dismissing his claims against defendant Artru because he had pleaded facts sufficient to overcome the defense of qualified immunity and that the court erred by dismissing his claims against defendant Fickes as barred by the applicable statutes of

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

limitations.  We have reviewed the record and find no reversible error.  Accordingly, the judgment is AFFIRMED for essentially the reasons stated by the district court.

A F F I R M E D.